IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK ALAN LANE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Case No. 21-CV-1692-SMY |
| | ) |
| WARDEN D. SPROUL, | ) |
| | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Pursuant to 28 U.S.C. § 2241, Petitioner Mark Alan Lane filed the instant habeas corpus action to challenge the determination of the Bureau of Prisons that he was ineligible for time credits under the First Step Act. On October 20, 2022, this Court denied Lane's habeas petition and entered judgment (Docs. 13 and 14). Lane now moves for reconsideration (Doc. 15).

Under Rule 59(e), the Court may alter or amend its judgment if the movant "clearly establish[es] (1) that the court committed a manifest error of law or fact, or (2) that newly discovered evidence precluded entry of judgment." *Blue v. Hartford Life & Acc. Ins. Co.,* 698 F.3d 587, 598 (7th Cir. 2012) (quoting *Harrington v. City of Chicago,* 433 F.3d 542, 546 (7th Cir. 2006)). Relief sought under Rule 59(e) is an "extraordinary remed[y] reserved for the exceptional case." *Foster v. DeLuca*, 545 F.3d 582, 584 (7th Cir. 2008).

Motions for reconsideration are not appropriate vehicles for re-litigating arguments the Court previously rejected or for arguing issues or presenting evidence that could have been raised during the pendency of the motion presently under reconsideration. *Sigworth v. City of Aurora,* 487 F.3d 506, 512 (7th Cir. 2007). In other words, a proper motion to reconsider does more than

take umbrage and restate the arguments that were initially rejected. *County of McHenry v. Ins. Co. of the West*, 438 F.3d 813, 819 (7th Cir. 2006).

Here, Lane asserts that "the District Court failed to apply the facts of the case to the law" (Doc. 15, p. 3). He fails to identify any newly discovered case law, or a manifest error of law or fact committed by the Court. Accordingly, the Motion for Reconsideration (Doc. 15) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  November 7, 2022**

**STACI M. YANDLE**
**United States District Judge**