IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK ALAN LANE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 21-CV-1692-SMY |
| | ) |
| WARDEN D. SPROUL, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Petitioner Mark Alan Lane filed this habeas corpus action pursuant to 28 U.S.C. § 2241 to challenge the execution of his sentence. The case is now before the Court for consideration of Lane's Motion to Proceed *in Forma Pauperis* ("IFP") on Appeal (Doc. 30).

The Court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Lane provides necessary details regarding his financial condition and identifies the primary issue that he plans to appeal (this Court's determination that the Bureau of Prisons properly determined him ineligible for time credits). Based on that information, the Court finds that he is indigent and that his appeal is taken in good faith. His motion is **GRANTED**.

IT IS SO ORDERED.

DATED: April 10, 2023

STACI M. YANDLE
United States District Judge